

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00382-CV

Anthony C. **AGUILAR** and Michael A. Aguilar,
Appellants

v.

Margaret Anne **MORALES**, individually and as Independent Executor of the Estate of Alvilda
M. Aguilar; William E. Leighner, and Arthur Bayern,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellees' motion for a forty-five day extension of time to file their brief is granted. We order the brief of appellees due December 20, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court